IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAHSAAN WOODS

v.

NCO FINANCIAL SYSTEMS, INC.

NO. 12-CV-6540

FILED
MAR 18 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE JONES, J.

AND NOW, to wit, this 18TH day of March, 2013, in accordance with Defendant's offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff RAHSAAN WOODS and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg